IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Andre Cray, | : | |
| --- | --- | --- |
| Plaintiff | : | Civil Action 2:09-cv-00140 |
| v. | : | Judge Marbley |
| City of Columbus, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Plaintiff has failed to file proof of service of the summons and complaint on defendants within 120 days after filing the complaint. Plaintiff has failed to respond to the Court's July 20, 2009 Order to show cause why defendants should not be dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P. for failure to obtain service on them.

Accordingly, the Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing the complaint, without prejudice, under Rule 4(m), Fed. R. Civ. P. for failure to obtain service on defendants.

    s/Algenon L. Marbley
Algenon L. Marbley, Judge
United States District Court