# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Andre Cray, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00140 |
| v. | : | Judge Marbley |
| City of Columbus, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the November 19, 2009 Order, the Court enters Judgment dismissing the complaint, without prejudice, under Rule 4(m), Fed. R. Civil. P. for failure to obtain service on defendants.

Date: **November 19, 2009**     **James Bonini, Clerk**


    s/Betty L. Clark
    Betty L. Clark/Deputy Clerk